# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |
| DANIEL PETTY | Case Number: 8:02-cr-301-T-23 |
| | USM Number: 40489-018 |
| | Defendant's Attorney: David Secular, AFPD |

The defendant admits committing, and is adjudged guilty of committing, the violation charged in numbered paragraph two of the October 15, 2007, petition (Doc. 85).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| TWO | New criminal conduct--false imprisonment | 07/12/07 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

__X__    The United States withdraws the violations charged in numbered paragraphs One, Three, Four, Five, and Six.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 7, 2009
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

July 7th, 2009
Date

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTY-THREE (33) MONTHS**.

_X_　　The court makes the following recommendations to the Bureau of Prisons: **incarceration at the institution where the defendant was previously housed--FPC Montgomery, Alabama**

_X_　　The defendant is remanded to the custody of the United States Marshal.

___　　The defendant shall surrender to the United States Marshal for this district:

　　　　___　at _____ a.m.　　p.m.　on _____.

　　　　___　as notified by the United States Marshal.

___　　The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　　　___　before 2 p.m. on _____.

　　　　___　as notified by the United States Marshal.

　　　　___　as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　　　　　By　_____
　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

**NO TERM OF SUPERVISION IS IMPOSED.**

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation: Sheet 3 - Supervised Release

DEFENDANT: DANIEL PETTY
CASE NUMBER: 8:02-cr-301-T-23

Judgment - Page 3 of 3